| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Tinder, John D | 2. Court or Organization U.S. District Court, SD IN | 3. Date of Report 05/09/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  46 East Ohio Street, Room 304 Indianapolis, IN 46204 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY 16 A 11:25 FINANCIAL DISCLOSURE OFFICE RECEIVED

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | Barnes & Thornburg, Attorneys at Law (Partnership Share) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. National City Bank Account | A | Interest | J | T | | | | | |
| 2. First Indiana Bank - IRA #1 (CD) | A | Interest | J | T | | | | | |
| 3. Barnes & Thornburg Profit Sharing Plan | | None | O | T | | | | | |
| 4. -Vanguard Institutional Index Mutual Fund | | | | | Buy-Monthly | | J | | |
| 5. -Harbor Cap Apprec Mutual Fund | | | | | Buy-Monthly | | J | | |
| 6. -Fidelity Small Cap Stock Mutual Fund | | | | | Buy-Monthly | | J | | |
| 7. -William Blair Intl Gr I | | | | | Buy-Monthly | | J | | |
| 8. United Home Life Ins. Co. (Annuity) | A | Interest | K | T | | | | | |
| 9. A.H. Belo Common Stock | A | Dividend | K | T | | | | | |
| 10. Colgate Palmolive Common Stock | A | Dividend | K | T | | | | | |
| 11. Northwestern Mutual Life Ins Co (Annuity) | A | Dividend | L | T | | | | | |
| 12. -Franklin Tmpltn Intl Eq Mutual Fund | | | | | | | | | |
| 13. -Balanced Mutual Fund | | | | | | | | | |
| 14. -Index 500 Stock Mutual Fund | | | | | | | | | |
| 15. -Aggressive Growth Stock Mutual Fund | | | | | | | | | |
| 16. Treasury Notes | B | Interest | L | T | | | | | |
| 17. Series EE Savings Bond Purchased 1992 | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Series EE Savings Bonds Purchased 1993 | B | Interest | K | T | | | | | |
| 19. Series EE Savings Bonds Purchased 1994 | B | Interest | K | T | | | | | |
| 20. Vanguard - IRA #2 | C | Dividend | M | T | | | | | |
| 21. -Vanguard 500 Index Fund | | | | | Buy | 01/20 | J | | |
| 22. | | | | | Partial Sale | 10/18 | M | A | |
| 23. -Vanguard LT Treasury Fund Admiral Shares | | | | | Buy | 10/18 | M | | |
| 24. Vanguard - IRA #3 | B | Dividend | M | T | | | | | |
| 25. -Vanguard 500 Index Fund | | | | | | | | | |
| 26. Vanguard Brokerage Account #1 | | | | | | | | | |
| 27. -Vanguard 500 Index Fund | C | Dividend | N | T | | | | | |
| 28. -Vanguard Allocation Fund | A | Dividend | J | T | Buy | 12/5 | J | | |
| 29. -Vanguard Target Retirement 2015-65% | A | Dividend | J | T | Buy | 12/5 | J | | |
| 30. -Vanguard Equity Income Fund | A | Dividend | J | T | Buy | 12/5 | J | | |
| 31. -Vanguard European Stock Index | A | Dividend | J | T | Buy | 12/5 | J | | |
| 32. -Vanguard REIT Index Fund Adm | A | Dividend | J | T | Buy | 12/5 | J | | |
| 33. -Vanguard Telecom Services Idx Adm | B | Dividend | M | T | Buy | 12/5 | L | | |
| 34. -Vanguard Value Index Fund | A | Dividend | J | T | Buy | 12/5 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Windsor II Fund | A | Dividend | J | T | Buy | 12/5 | J | | |
| 36. Vanguard Brokerage Account #2 | | | | | | | | | |
| 37. -Vanguard Health Care Fund | C | Dividend | L | T | | | | | |
| 38. -Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 39. -Vanguard Total Stock Mkt Idx | B | Dividend | L | T | | | | | |
| 40. Starbucks Corp. Common Stock | | None | K | T | | | | | |
| 41. Old Mutual Tech & Comm Fd (Mutual Fund)-See Footnote 1 | | None | | | Redemption | 11/03 | J | A | |
| 42. CSX (Common Stock)-See Footnote #2 | A | Dividend | | | Sale | 11/28 | J | A | |
| 43. National Bank of Indpls. Accounts | E | Interest | O | T | | | | | |
| 44. Prudent Bear Fund No Load | A | Dividend | K | T | | | | | |
| 45. Merrill Lynch Account #1 | | | | | | | | | |
| 46. -ML Cash Management Account | A | Interest | J | T | | | | | |
| 47. -Cisco Systems Inc | | None | J | T | Buy | 8/10 | J | | |
| 48. -Clough GLBL Opptys | A | Dividend | J | T | Buy | 12/7 | J | | |
| 49. -Enhanced Equity Yield | A | Dividend | | | Sale | 4/27 | J | A | |
| 50. -FDX | A | Dividend | | | Sale | 12/7 | J | C | |
| 51. -Freeprt-McMran CPR&GLD B | A | Dividend | | | Partial Sale | 5/2 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. | | | | | Sale | 8/10 | J | B | |
| 53.  -GE | A | Dividend | | | Sale | 12/7 | J | A | |
| 54. | | | | | Buy | 5/2 | J | | |
| 55.  Idearc Inc | | None | J | T | Buy | 4/27 | J | | |
| 56.  -Ishares Dow Jones US Healthcare Sector Index | A | Dividend | J | T | | | | | |
| 57.  -Ishares FTSE Xinhua HK China 25 Index Fd | A | Dividend | J | T | Partial Sale | 5/2 | J | A | |
| 58.  -Ishares MSCI Eafe Index Fund | | None | J | T | | | | | |
| 59.  -Ishares MSCI Emerging Mkts Index Fund | | None | J | T | | | | | |
| 60.  -Ishares Russell Midcap Index Fund | | None | J | T | | | | | |
| 61.  -Ishares S&P Global 100 Index Fund | A | Dividend | J | T | Partial Sale | 5/2 | J | A | |
| 62.  -Ishares Trust Dow Jones Select Divid Index Fd | A | Dividend | J | T | | | | | |
| 63.  -Medtronic Inc Com | A | Dividend | | | Buy | 5/2 | J | | |
| 64. | | | | | Sale | 8/10 | J | A | |
| 65.  -Monsato Co New Del Com | A | Dividend | J | T | Buy | 8/10 | J | | |
| 66.  -Noble Corporation | A | Dividend | | | Sale | 12/7 | J | B | |
| 67.  -Powershares ETF Dynamic Biotech and Geno | | None | J | T | | | | | |
| 68.  -Powershares ETF TR Aerospace and | A | Dividend | J | T | Buy | 12/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Defense | | | | | | | | | |
| 69.  -Powershares ETF Tr Dynamic Ins Portfolio | A | Dividend | J | T | Buy | 12/7 | J | | |
| 70.  -Powershares Listed Priv Equity Portfolio | A | Dividend | J | T | Buy | 12/7 | J | | |
| 71.  -Powershares Tr Dynamic Lrg Cap Grwth Port | A | Dividend | J | T | Buy | 12/7 | J | | |
| 72.  -Sirius Satellite Radio | | None | J | T | Buy | 8/10 | J | | |
| 73.  -Verizon Communications | A | Dividend | J | T | Buy | 5/2 | J | | |
| 74.  -Blackrock Global Horizons LP | | None | K | T | | | | | |
| 75.  Merrill Lynch Account #2 | | | | | | | | | |
| 76.  -AES Corp | | None | K | T | | | | | |
| 77.  -Nuveen Dividend Adv Muni Fund 2 | A | Dividend | K | T | | | | | |
| 78.  -Ind. Fina. Auth. NCAA Bonds | A | Interest | J | T | | | | | |
| 79.  -Zionsville In Cmnty Schs 0% Bonds | | None | L | T | | | | | |
| 80.  Northwestern Mutual Whole Life Ins | C | Dividends | L | T | | | | | |
| 81.  National Bank of Indianapolis - IRA (CD) | A | Interest | K | T | | | | | |
| 82.  National Bank of Indianapolis 561 - CD(See Footnote #3) | D | Interest | | | Redemption | 03/16 | M | A | |
| 83.  National Bank of Indianapolis 590 - CD(See Footnote #3) | D | Interest | | | Redemption | 3/28 | N | A | |
| 84.  National Bank of Indianapolis 310 - CD(See | C | Interest | | | Redemption | 3/17 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| Footnote #3) | | | | | | | | | |
| 85. National Bank of Indianapolis 363 - CD(See Footnote #3) | C | Interest | | | Buy | 3/22 | M | | |
| 86. | | | | | Redemption | 9/20 | M | A | |
| 87. National Bank of Indianapolis 355 - CD | | None | N | T | Buy | 3/31 | N | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Footnote #1 (Sec VII, Item 41) Old Mutual Advisor Funds II -Because fund was redeemed on 11/3/06, this item will not be reported on future disclosure reports.

Footnote #2 (Sec VII, Item 42) CSX - Because this stock was sold on 11/28/06, this item will not be reported on future disclosure reports.

Footnote #3 (Sec VII, Items 81,82,83 and 84) National Bank of Indianapolis CDs - Because these CDs were redeemed in 2006 and not renewed, these items will not be reported on future disclosure reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Tinder, John D | 05/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____ Date___ 5/9/2007 ___

NOTE: ANY INDIVIDUAL WHO [illegible] Y FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 [illegible]

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544